**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: DELIUS, ZANE ALLEN | § | Case No. 10-07529 |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 05/27/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 04/15/2011          By: /s/BRADLEY J. WALLER
                                              Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: DELIUS, ZANE ALLEN | § | Case No. 10-07529 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,002.20 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 9,002.20 |
| **Balance on hand:** | $ 9,002.20 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,002.20 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 1,650.22 | 0.00 | 1,650.22 |
| Trustee, Expenses - BRADLEY J. WALLER | 82.64 | 0.00 | 82.64 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,732.86 |
| Remaining balance: | $ 7,269.34 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses:    $    0.00
    Remaining balance:    $    7,269.34

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims:    $    0.00
    Remaining balance:    $    7,269.34

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 536,485.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fifth Third Bank | 299,840.86 | 0.00 | 4,062.82 |
| 2 | GEMB Lending | 222,957.28 | 0.00 | 3,021.05 |
| 3 | Citibank South Dakota NA | 13,687.81 | 0.00 | 185.47 |

    Total to be paid for timely general unsecured claims:    $    7,269.34
    Remaining balance:    $    0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ajauregui          Page 1 of 1          Date Rcvd: Feb 25, 2010
Case: 10-07529                Form ID: b9a             Total Noticed: 13

The following entities were noticed by first class mail on Feb 27, 2010.
db           +Zane Allen Delius,    24738 W Junior Ave,    Channahon, IL 60410-5168
aty          +Alonzo H Zahour,    Law Office of Alonzo H. Zahour,    235 Remington Boulevard Suite G1,
               Bolingbrook, IL 60440-3686
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
15154253      Advanta Customer Service,    PO Box 30715,    Salt Lake City, UT 84130-0715
15154254     +Capital One,    PO Box 70886,    Charlotte, NC 28272-0886
15154256      CitiBusiness Card,    PO Box 6235,    Sioux Falls, SD 57117-6235
15154257    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,     PO Box 630778,    Cincinnati, OH 45263-0778)
15154258     +GEMB Lending,    PO Box 981064,    El Paso, TX 79998-1064
15154260     +Tech Credit Union,    c/o Eric Freeland,    1900 Spring Road Suite 501,    Oak Brook, IL 60523-1482
15154261     +Terri L Delius,    24738 W Junior Ave,    Channahon, IL 60410-5168
The following entities were noticed by electronic transmission on Feb 25, 2010.
15154255     +EDI: CHASE.COM Feb 25 2010 18:28:00      Chase,    Attn Home Equity Loan Servicing,    PO Box 24714,
               Columbus, OH 43224-0714
15154259      EDI: HFC.COM Feb 25 2010 18:28:00      HSBC Retail Services,    PO Box 15521,
               Wilmington, DE 19850-5521
15154262     +EDI: WFFC.COM Feb 25 2010 18:28:00      Wells Fargo Home Mortgage,    PO Box 10335,
               Des Moines, IA 50306-0335
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 27, 2010                    Signature: *[signed] Joseph Speetjens*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-07529-BWB
Zane Allen Delius                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte              Page 1 of 1              Date Rcvd: May 04, 2011
                              Form ID: pdf006             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2011.
```
db           +Zane Allen Delius,    24738 W Junior Ave,    Channahon, IL 60410-5168
aty          +Alonzo H Zahour,    Law Office of Alonzo H. Zahour,   235 Remington Boulevard Suite G1,
               Bolingbrook, IL 60440-3686
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
17082798      Advanta Bank Corp. in receivership of,    FDIC,   c o Becket and Lee LLP,   POB 3001,
               Malvern, PA 19355-0701
15154253      Advanta Customer Service,    PO Box 30715,   Salt Lake City, UT 84130-0715
15154254     +Capital One,    PO Box 70886,   Charlotte, NC 28272-0886
15154255     +Chase,    Attn Home Equity Loan Servicing,    PO Box 24714,   Columbus, OH 43224-0714
15154256      CitiBusiness Card,    PO Box 6235,   Sioux Falls, SD 57117-6235
16055582     +Citibank South Dakota NA,    Payment Center,   4740 121st St,   Urbandale, IA 50323-2402
15154257     +Fifth Third Bank,    Ohio Banking Corp,   Peter J Schmidt,   161 N Clark St Ste 4200,
               Chicago, IL 60601-3316
15154259      HSBC Retail Services,    PO Box 15521,   Wilmington, DE 19850-5521
15154260     +Tech Credit Union,    c/o Eric Freeland,   1900 Spring Road Suite 501,   Oak Brook, IL 60523-1482
15154261     +Terri L Delius,    24738 W Junior Ave,    Channahon, IL 60410-5168
15154262     +Wells Fargo Home Mortgage,    PO Box 10335,   Des Moines, IA 50306-0335
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15154258     +E-mail/PDF: gecsedi@recoverycorp.com May 04 2011 23:59:53      GEMB Lending,   PO Box 981064,
               El Paso, TX 79998-1064
                                                                                              TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 06, 2011**          **Signature:** _Joseph Speetjens_