## Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-07529 BB
**Case Name:** DELIUS, ZANE ALLEN

**Taxpayer ID #:** **-***5334
**Period Ending:** 07/19/11

**Trustee:** BRADLEY J. WALLER (330500)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******50-65 - Money Market Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/24/10 | {9} | Harris  NA | Compromise vehicle | 1129-000 | 9,000.00 | | 9,000.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.12 | | 9,000.12 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.51 | | 9,000.63 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.54 | | 9,001.17 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.53 | | 9,001.70 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,001.77 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,001.84 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,001.91 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,001.98 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,002.05 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 9,002.11 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,002.18 |
| 04/08/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.02 | | 9,002.20 |
| 04/08/11 | | To Account #9200******5066 | | 9999-000 | | 9,002.20 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **9,002.20** | **9,002.20** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 9,002.20 | |
| | | | **Subtotal** | | **9,002.20** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,002.20** | **$0.00** | |

{} Asset reference(s)

Printed: 07/19/2011 02:49 PM     V.12.57

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-07529 BB  
**Case Name:** DELIUS, ZANE ALLEN  

**Taxpayer ID #:** **-***5334  
**Period Ending:** 07/19/11  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******50-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/08/11 |  | From Account #9200******5065 |  | 9999-000 | 9,002.20 |  | 9,002.20 |
| 05/27/11 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $82.64, Trustee Expenses;  Reference: | 2200-000 |  | 82.64 | 8,919.56 |
| 05/27/11 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,650.22, Trustee Compensation;  Reference: | 2100-000 |  | 1,650.22 | 7,269.34 |
| 05/27/11 | 103 | Fifth Third Bank | Dividend paid   1.35% on $299,840.86; Claim# 1; Filed: $299,840.86; Reference: | 7100-000 |  | 4,062.82 | 3,206.52 |
| 05/27/11 | 104 | GEMB Lending | Dividend paid   1.35% on $222,957.28; Claim# 2; Filed: $222,957.28; Reference: | 7100-000 |  | 3,021.05 | 185.47 |
| 05/27/11 | 105 | Citibank South Dakota NA | Dividend paid   1.35% on $13,687.81; Claim# 3; Filed: $13,687.81; Reference: | 7100-000 |  | 185.47 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 9,002.20 | 9,002.20 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 9,002.20 | 0.00 |  |
|  |  |  | **Subtotal** |  | 0.00 | 9,002.20 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$9,002.20** |  |

{} Asset reference(s)

Printed: 07/19/2011 02:49 PM     V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-07529 BB
**Case Name:** DELIUS, ZANE ALLEN

**Taxpayer ID #:** **-***5334
**Period Ending:** 07/19/11

**Trustee:** BRADLEY J. WALLER (330500)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******50-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******50-65 | 9,002.20 | 0.00 | 0.00 |
| Checking # 9200-******50-66 | 0.00 | 9,002.20 | 0.00 |
| | $9,002.20 | $9,002.20 | $0.00 |

{} Asset reference(s)

Printed: 07/19/2011 02:49 PM   V.12.57